HARRY LUECHT, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

WALTER WOOD and Another, Respondents, v. DANA J. MACAFEE and Another, Impleaded with WILLIAM J. FOX, Appellant.— Judgment affirmed, with costs. All concur.

BERT BARTER, Respondent, v. WALKER D. HINES, Director General of Railroads, NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

IDA WOLF SCHICK, Appellant, v. FIRST TRUST AND DEPOSIT COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Hubbs, J., who dissents.

ANNA LINOCI TAMBURRANO, Respondent, v. FONDO UNICO MORTUARIO and Others, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the failure of plaintiff's intestate to pay the monthly dues for three months, as required by defendant's by-laws, resulted in the loss of all his rights to benefits. All concur.

WILBUR A. FOX, Respondent, v. THE DAIRYMEN'S PROTECTIVE ASSOCIATION OF PULASKI, N. Y., Appellant.— Judgment and order affirmed, with costs. All concur; Hubbs, J., not sitting.

HENRY C. STAUBITZ, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

EVA TRAPHAGEN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of evidence upon the question of damages and is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $4,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur.

ALBERT B. STONE, Respondent, v. GEORGE A. STESEL, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES L. POWELL, Respondent, v. THOMAS B. WELCH, Appellant.— Judgment and order affirmed, with costs. All concur; Clark, J., not sitting.